UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

       Petitioners,

   -against-

HERA SPORTS SURFACES LLC d/b/a
HERA SPORTS SURFACES,

       Respondent.
------------------------------------------------------------X

23-CV-10800 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

 Petitioners filed this petition to confirm an arbitration award on December 12, 2013. (Doc. 1.) On December 27, 2024, I granted Petitioners' motion for substitute service by email and mail on Respondent, which is located in Canada. (Doc. 17.) Petitioners filed affidavits of service on January 6, 2025, (Doc. 18), and returned an executed summons on January 9, 2025, (Doc. 21). To date, however, Respondent has not appeared or otherwise responded to the petition. Accordingly, it is hereby:

 ORDERED that Respondent file and serve any opposition to the petition no later than February 21, 2025. Petitioners shall file and serve any reply no later than February 28, 2025. If

1

Respondent fails to respond to the petition by February 21, 2025, I will consider the petition unopposed.

    IT IS FURTHER ORDERED that Petitioners shall serve a copy of this order on Respondents in accordance with the approved methods of substitute service, (*see* Docs. 17, 20), and file an affidavit of service no later than February 14, 2025.

SO ORDERED.

Dated:  February 7, 2025
         New York, New York

                                      Vernon S. Broderick
                                      United States District Judge