UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, et al.,

       Petitioners,

 -against-               23 **CIVIL** 10800 (VSB)

                     **JUDGMENT**

HERA SPORTS SURFACES LLC,

       Respondent.
-----------------------------------------------------------------X

 It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 7, 2025, Petitioner's motion is GRANTED. Judgment is entered in favor of Petitioner and against Respondent as follows: (1) The November 25, 2023 Award is confirmed in all respects; (2) Petitioners are awarded $90,462.98, plus interest at an annual rate of 10.5% from November 25, 2023 through the date judgment is entered, in the amount of $13,766.48; (3) Petitioners are awarded $78 in costs arising out of this proceeding; and (4) Petitioners are awarded $1,829 in attorneys' fees arising out of this proceeding. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full.

**Dated:**  New York, New York

    May 7, 2025

                        **TAMMI M HELLWIG**
                         **Clerk of Court**

         **BY:**      *K. Mango*

                         **Deputy Clerk**